1

2

3

4

5

6

7



**FILED**

MAR 1 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

8     IN THE UNITED STATES DISTRICT COURT

9     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12    UNITED STATES OF AMERICA,

13          Plaintiff,                    CR. S-02-0158 LKK

14    vs.                                 ORDER FOR RELEASE OF PERSON IN
                                          CUSTODY
15    JIM ANDREWS GONZALES,

16          Defendant.

17    _____/

18    TO:   UNITED STATES MARSHAL:

19          This is to authorize and direct you to release **JIM ANDREWS GONZALES**, Case No. CR.

20    S-02-0158 LKK, Charge 18 U.S.C. 3606, from custody for the following reasons:

21          ___   Release on Personal Recognizance

22          ___   Bail Posted in the Sum of $ [ ]

23                ___   Unsecured Appearance Bond

24                ___   Appearance Bond with 10% Deposit

25                ___   Appearance Bond with Surety

26

1         ____     Corporate Surety Bail Bond

2         _X_   (Other) [The defendant is sentenced to imprisonment of TIME SERVE. A

3         Judgment and Commitment Order to issue.]

4 Issued at Sacramento, CA  on March 13, 2012, at 9:30 a.m.

5

6 Dated:   March 13, 2012

7

8                                   LAWRENCE K. KARLTON
                                  SENIOR JUDGE

9                                   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 GONZALES, JIM ANDREWS Order release TSR violation.wpd    2